UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
White Plains, New York

CASE Number _____

Alex Anderson Jr.,

               Plaintiff,

Vs.

Donald John Trump, individ
ually and in his Official
Capacity as Former President
of the United States of
America,

               Defendant.

**I.**

A. Jurisdiction of the
Cause of Action

The District Court has jurisdic-
tion under Title 42 United

1.

RECEIVED
AUG 18 2023
PRO SE OFFICE

states code Section 1983, insomuch the defendant acted under color of a statue, ordinance, regulation, custom, or usage, of any state or territory or the District of Columbia.

2.         IN furtherance the District Court's jurisdiction is provided under Federal Rule 60 (b) (3), (4); 60 (d) (1), (3); & 60 (c) (1); and Federal Rule Civil Practice and Procedure Rule 7(b) (1).

2.

## II

### B. Diversity of Citenship.

3.   Also the Court's jurisdiction is based upon Diversity of Citenship under Title 28 United States Code, section 1332 and inter alia section 1603 & under 28 United States Code, section 1391.

## III

### C. Parties Δ & Deft.

4.   The plaintiff is Alex Anderson Jr., and that Anderson has known the defendant Donald John Trump a real estate businessman

From Queens, New York City For more then "35 years."

5.      The Defendant is the Honorable Donald John Trump the 45th United states President.

IV

D. Preliminary statement
Of the case

6.      This Cause of action Concerns the offer and acceptance OF A state Contract §141-A; the NYS General obligation Law, Section 5-701; the workers' Compensation Reform Legislation; and the 45th

4.

President's "June 26, 2020"
Executive Order [emphasis and
Quotation Marks included] " as
an additional pathway ultized
by Donald J. Trump to employ
Plt. Alex Anderson Jr. " [emphasis
and Quotation Marks

7.      Moreover this cause of act-
ion concerns Anderson's "Not-
ice of Appeal" (NOA) Filed in the
United States District Court "Novem-
ber 23rd, 2021" on the grounds
OF accussations and allegations

5.

OF Fraud upon the court via
Federal Rule 60(b) et. seq. and;
the petitioner's writ of certi-
iorari No. 22-6657 Filed on
June 21, 2022 and placed on the
docket January 30, 2023 via
Fed. Civ. Practice and Procedure
Rule 7(b)(1)

## V.
## Statement Of The Facts

8.      The plaintiff herein Alex
Anderson Jr., is currently a
resident of the state of New

6.

York. And, that the plaintiff currently resides at Borden Avenue veterans' Residence, 21-10 Borden Avenue, LIC., Queens, New York 11101

9.  On November 12, 2019 Plt. Alex Anderson made available to the defendant former 45th United States President Donald John Trump on offer for a New York State contract pursuant to Section 141 (NYS) workers' compensation Re-form Legislature, and pursuant

7.

to New York State consolidated Laws Section 5-701.

10.     The plaintiff's Section 5-701 offer was in written content. In the format of the proposal Δ's Job Title was assistant campaign Manager. And, that Δ's one (1) year signed contract proposal was for $300,000.00 [three Hundred thousand] dollars. See Exhibit "One" (hereto)

11.     As a material issue it would suffice to note, plt. "Anderson

8.

proposal for the (NYS) §141-A contract was delivered to the deft. Donald John Trump 43rd U.S. President by veteran ABC News Journalist Diane Sawyer, ABC Head-Quates, 606 W. 67th Street, New York, New York 10002

12.     Indeed as A matter of the Material facts veteran News Journalist Katie couric and News Journalist Diane Sawyer acted ed as A process server on belief of the court's petitioner Alex

9.

Anderson Jr for more then ten (10) years by and through The Messager Center, ABC News, 66 W. 67th St., New York, NY 10023

13.       After the contract delivery the defendant rendered six (6) satisfactory confirmations in consideration for Section 5-701(a), and sufficient to indicate that a contract had been made; between the parties and sufficient enough against the Sender.

10.

14.     The Deft's confirmation as aforementioned in paragraph "19" manifest(ed) "January 18, 2020," and on "January 19, 2020." Also "February 1, 2020," and "Feb. 15, 2020," and whereafter plt's duly offer... the confirmation receipt also appeared "March 7, 2020" and at "March 8, 2020,". Id. U.S. District Ct. Compl. p

15.     The edification of President Donald Trump on the golf course "teeing off" to which means

11.

"to start play" [definition of tee off by Merriam-Webster] "was the (NYS) Section 5-701 confirmation." Id. U.S. District Ct., compl. p.

16.     In a letter to Ivanka Trump delivered by the petition- ess 'process server' Anderson Sought to arrange to have the President's daughter personally involved in the business of his Contract account with her Father. And whereof the confirmation

12.

up on the President's daughter's constructed receipt... post(ed) by the President's daughter; in Like the confirmation was in Fact identical OF in which too the pervious one post(ed) by her Father. Id. U.S. District court Sworn to Complaint, NO. 21-CV-23757 paragraphy's 33 [Seq.2]; 34, 35 [Seq.1]; & paragraphy 36.

17.     On November 12, 2019 when Plt. Facilitated his §141; NYS General Obligation Law Section

13.

5-701 Contract plaintiff Alex Anderson Jr. submitted for the job position of Assistant Campaign Manager 150 pages of "LER's" ["Learning And Employment Records"] (Exhibit Two "hereto") Indeed President Donald John Trump's Executive order of June 26, 2020 as a matter of fact was an additional step "or" pathway too employ the petitioner based upon plaintiff Anderson's "LER"

14.

profolio.

18.    The President's Executive
Order of June 26, 2020 →
insofar mandated that skills
would be the Qualification
For Job hiring of others a
like that of plaintiff Alex
Anderson, who had A criminal
background history.

19.    Whereas under Trump's ad-
ministration plt. and others
alike were not over looked
regarding gainful employment

15.

including contract negotiat-
ions.

20.    IN April 2021 Δ [the Plt.]
contacted the Equal opportun-
ity commission (E.E.O.C.) con-
cerning his New York state
141; General obligation Law
Section 5-701 contract valued
at $300,000.00 thousand
dollars. Wherein the E.E.O.C.
explained that "the President
Donald Trump, was not an em-
ployer in the sense of A ⟶

16.

Business; wherein I was one (1) of ten (10) or more employees, and is soliciting from the public, and; the employee or the applicant is in fact... allegeding that discrimination took place.

21.    Also in April 2021 Anderson contacted the united states Dept. of commerce and that the Govt. Departmental agency informed "Me" that "I" was not considered to be A "Federal"

17.

gulations related "to con-
tractors and subcontractors"
who do Business with the Fed-
eral Government." [Quotations
marks added]. And that "their
regulatory authority fell outside
the duty authority of the
("OFCCP"), based on the merits
of the Facts."

22.    For information concerning
contacts via the E.E.O.C.;
U.S. Dept. of Labor, & the U.S.
Dept. of Commerce. See plaintiffs

19.

sworn to U.S. District court complaint No. 1:21-cv-23757-JLK paragraphy's 83; 84; & 85. [Appendix D].

23.    Wherefore based wholly on the wording and the repetition judge King's ultimate intent whereby was too defile the court of the united states Eleventh Circuit of Appeals and; on March 21, 2022 this in fact did ⟶ occur.

24.    Thusly the Appellant would show that judge King referred to the Order

and Memorandum of october 27, 2021 as being the "Final order of dismissal" and therefor suggesting to an objective observer reasonable Questions about judge King's partiality.

25.         In deed judge King's Motivation is/was based obviously on the Material Fact that the petitioner's property was at the stated value of three Hundred thousand [$ 300,000.00] Dollars.

21.

20.     And in like clearly as it concerns by implication the implied assistance [ ] offered "and" provided by veteran ABC News journalist Diane Sawyer [Judicial Notice: Appendix "F"] reasonable questions of bias, prejudice, partiality, and automatic disqualification of Federal Judge James Lawrence King under the circumstances of this case emerges.

22.

27.  "Fraud upon the court" has been defined by the 7th Circuit Court of Appeals to embrace that species of fraud which does, or attempts to, defile the court itself, or is a fraud perpetulated by offices of the court so that the judicial machinery can not perform in the usual manner its impartial task of adjudging cases that are presented for adjudication." Kenner vs. C.I.R., 387 F. 2d 689

23.

(1968); 7 Moore's Federal Practice, 2d ed., p. 512 (60.23). The 7th Circuit Further stated "a decision produced by Fraud upon the court is not in essence a decision at all, and never becomes Final."

28.    In the United States Supreme Court case For breach of contract; NO. 22-6657 "ON March 1st., 2023" deft-appellee Donald John Trump DEFAULTED.

29.    ON April 3rd., 2023 the petition

24.

For a writ of certiorari is/was denied.

## VI.
### Prayer For Relief

1. The Plt. respectfully request the court to assume jurisdiction over the matters

2. That the deft. Former U.S. President; Honorable Donald John Trump is ordered to enter his appearance, and defend to the Federal Section [§] 1983 complaint and breach of contract cause

25.

OF action.

3. Declare, Order, and Hold that the defendant violated the §141-A Contract, and (NYS) General Obligation Law; §5-701;

4. Plaintiff demans A Jury Trail;

5. Award the Plt the value of the §141-A Contract; @ $300,000.00 dollars per the actual agreement; agreed too by both parties

26.

6. Award the petitioner all and any additional relief in this premise, to include; IFP status pursuant to 28 U.S.C. § 1915 (e)(2)(B)

Respectfully Submitted

AUG 1 0 2023   By: Oly Orolerson

State Of New York   )
                    )SS: Verification
County Of New York )

The above signed hereby verifies this AUG 1 0 2023 day of August 2023 that the complaint is true, Correct, and Authen

Toni Incorvaia
Notary Public, State of New York
Reg. No. 04IN6435975
Qualified in New York County
Commission Expires July 5, 20 26

27.