UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEX ANDERSON JR.,<br><br>                          Plaintiff,<br><br>    -against-<br><br>DONALD JOHN TRUMP, individually and in his official capacity as former President of the United States of America,<br><br>                        Defendant. | 23-CV-7382 (LTS)<br><br>CIVIL JUDGMENT |

    For the reasons stated in the December 6, 2023, order, this action is dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   January 17, 2024
            New York, New York

                                                    /s/ Laura Taylor Swain
                                                   LAURA TAYLOR SWAIN
                                          Chief United States District Judge